UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Joel Turner, Jr., | ) C/A No. 4:11-3177-RBH-TER |
| Plaintiff, | ) |
| vs. | ) |
| | ) ORDER |
| McKiether Bodison, Warden - Lieber Corr. Inst.; Fred B. Thompson, Associate Warden - Lieber Corr. Inst.; Dr. Babb, Doctor - Lieber Corr. Inst.; Starr Connelly, HCA - Lieber Corr. Inst.; Nurse Felder-Gatson, Lieber Corr. Inst., in his/her individual and official capacity, | ) |
| Defendants. | ) |

This matter is before the court upon Plaintiff's motion entitled "Motion for Discovery and Disclosure of Evidence." (Doc. #30). It appears Plaintiff is asking the court to order Defendants to respond to discovery requests. Discovery requests are not filed with the court. See Local Rule 5.01, D.S.C. Generally, discovery is governed by the Federal Rules of Civil Procedure. See Rules 26 through 38, generally. To the extent Plaintiff seeks a motion to compel, it is clear that such a request is premature. Therefore, it is ORDERED that Plaintiff's "Motion for Discovery and Disclosure of Evidence" is DENIED.

AND IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

March 16, 2012
Florence, South Carolina

1